AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:16-mj-381 | 12/15/2016, 9:30am | Facebook records compliance |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

Information associated with 0;One2bwild, Facebook ID# 104935768846 3892, for dates 01/01/2004 - 12/13/2016.

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/15/2016

_____
Executing officer's signature

Brian VanOosbree, Special Agent
Printed name and title